**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANTHONY KEVIN COLLINS,

    Plaintiff,

vs.                                                      Case No. 3:15-cv-871-J-34JRK

RYAN YAX, in his individual and official
capacity of Pride, Inc., et al.,

    Defendants.

_____

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 6; Report), entered on November 17, 2015. In the Report, Magistrate Judge Klindt recommends that Plaintiff's Affidavit of Indigency (Dkt. No. 2), construed as a Motion to Proceed In Forma Pauperis, be denied and that this case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). See Report at 6-7. On December 2, 2015, Plaintiff filed objections to the Report. See Objections to Report and Recommendation (Dkt. No. 7; Objections).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de

novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objections to Report and Recommendation (Dkt. No. 7) are **OVERRULED**.

2. Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 6) is **ADOPTED** as the opinion of the Court.

3. Plaintiff's Affidavit of Indigency (Dkt. No. 2), construed as a Motion to Proceed In Forma Pauperis, is **DENIED**.

4. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

5.     The Clerk of the Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of December, 2015.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Pro Se Plaintiff

Counsel of Record

The Honorable James R. Klindt
United States Magistrate Judge